# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RALPH SELL, individually and as Personal Representative of the ESTATE OF ALICE SELL, <br><br> Plaintiffs, <br><br> v. <br><br> AM2PAT, INC., a/k/a SIERRA PREFILLED INC., an Illinois corporation, and B. BRAUN MEDICAL, INC., a Pennsylvania corporation, <br><br> Defendants. | 4:09-CV-03036 |

### CERTIFICATE OF SERVICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS TO DEFENDANT B. BRAUN MEDICAL, INC.

The undersigned does hereby certify that on the 21st day of September, 2009 true and correct copies of the Plaintiff's First Set of Interrogatories, Requests for Production of Documents and Requests for Admissions to Defendant B. Braun Medical Inc., were served upon the attorneys for the Defendant, Walter E. Zink, 1248 O Street, Suite 600, Lincoln, Nebraska 68508-1499 and Brian D. Nolan and Susan Stryker, 10855 West Dodge Road, Suite 240, Two Old Mill, Omaha, Nebraska 68154, by depositing a copy in the United States mail, first class, postage prepaid.

DATED this 21st day of September, 2009.

        RALPH SELL individually and as Personal Representative of the ESTATE OF ALICE SELL, Plaintiff,

BY:    PERRY, GUTHERY, HAASE & GESSFORD, P.C., L.L.O.,

BY:    _s/ Shawn P. Dontigney_____
        Corey L. Stull (#21336)
        Shawn P. Dontigney (#22886)
        233 South 13th Street, Suite 1400
        Lincoln, Nebraska  68508
        Telephone: (402) 476-9200
        Facsimile: (402) 476-0094
        cstull@perrylawfirm.com